**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  04-cv-01828-REB-CBS

PUBLIC SERVICE COMPANY OF COLORADO,

   Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF SAN MIGUEL COUNTY, STATE
OF COLORADO;
SAN MIGUEL COUNTY COMMISSIONERS ELAINE FISCHER, ART GOODTIMES
AND VERNON EBERT, in their official capacities;
THE SAN MIGUEL COUNTY PLANNING DEPARTMENT, STATE OF COLORADO;
MICHAEL ROZYCKI, San Miguel County Planning Director, in his official capacity; and
PATHFINDER DEVELOPMENT, INC.,

   Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

   This matter is before me on the mandate of the United States Court of Appeals

for the Tenth Circuit [#110], filed in this court on April 10, 2007.  The Tenth Circuit found

that an intervening order in a separate state court proceeding has mooted this case,

and the court ordered that this case be dismissed.  ***Pub. Serv. Co. of Colo. v. Bd. of***

***County Comm'rs***, Nos. 05-1295 & 05-1321, slip op. at 2, 10 (10th Cir. March 16, 2007).

   **THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

   Dated April 19, 2007, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**